Johnny JONES, Appellant,

v.

HARRIS TRANSPORT,
INC., Defendant,

Division of Employment Security,
Respondent.

No. WD 67852.

Missouri Court of Appeals,
Western District.

Jan. 22, 2008.

Johnny Jones, Kansas City, KS, pro se.

Marilyn Gail Green, Jefferson City, for Respondent.

Before VICTOR C. HOWARD, Chief Judge, PAUL M. SPINDEN, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Johnny Jones appeals the Labor and Industrial Relations Commission's decision that he is not eligible for unemployment benefits because he voluntarily quit his job with Harris Transport, Inc., without good cause attributable to the work or to the employer. We affirm. Rule 84.16(b).